# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW E. ORSO, | Case No. 2:23-cv-01642-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 11] |
| HELENE REEDY, et al., | |
| Defendant(s). | |

Pending before the Court is the motion for Nationwide Judgment Recovery to be substituted as Plaintiff in place of Matthew E. Orso.  Docket No. 11.  No response has been filed. Upon a transfer of interest, the Court may allow substitution of parties.  Fed. R. Civ. P. 25(c).  Such substitution is appropriate and necessary here to enforce the judgment.  *See, e.g.*, *Orso v. Woodard*, 2024 WL 2059367, at *2 (D. Nev. May 3, 2024).  Accordingly, the motion to substitute is **GRANTED**.  The Clerk's Office is **INSTRUCTED** to substitute Plaintiff Matthew E. Orso with Nationwide Judgment Recovery, Inc.

IT IS SO ORDERED.

Dated: June 3, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1