# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC., <br><br> Plaintiff <br><br> v. <br><br> TODD DISNER and HELEN REEDY, <br><br> Defendants | Case No.: 2:23-cv-01642-APG-NJK <br><br> **Order to Administratively Close Case** |

I previously ordered Nationwide to show cause why this case should not be administratively closed or dismissed for failure to prosecute. ECF No. 17.  I advised Nationwide that failure to respond to the order to show cause by January 30, 2025 would result in this case being dismissed without prejudice. *Id.*  Nationwide did not respond.

I THEREFORE ORDER the clerk of court to administratively close this case.

DATED this 31st day of January, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE